UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-01524-RGK-E – Lead Case<br>8:22-cv-0444-RGK-E<br>8:22-cv-00829-RGK-E | Date | July 7, 2022 |
|---|---|---|---|
| Title | *Charles Larry Crews, Jr. v. Rivian Automotive, Inc., et al* | | |

JS6

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:           Attorneys Present for Defendant:

Not Present                                                  Not Present

**Proceedings:**   **(IN CHAMBERS) Order Re: Filing of Consolidated Complaint and Case Closures**

On July 1, 2022, the Court consolidated the instant action with *Albert Nicholas Horvath v. Rivian Automotive, Inc.*, Case No. 8:22-cv-0444-RGK-E, and *Grayson Smith v. Rivian Automotive*, Case No. 8:22-cv-00829-RGK-E. Having consolidated the cases, the Court **CLOSES** Case Nos. 8:22-cv-0444-RGK-E and 8:22-cv-00829-RGK-E.

The Court also named Sjunde Ap-Fonden lead plaintiff for the consolidated actions. (*See generally* Order Re: Motions to Consolidate Cases and Appoint Lead Plaintiff, ECF No. 111.) Lead Plaintiff is hereby **ORDERED** to file a Consolidated Complaint by no later than **July 22, 2022**.

**IT IS SO ORDERED.**

                                                                                                    _____ : _____
                                                            Initials of Preparer              jre/a